IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| NANCIE W. SEAL, #225342, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL ACTION NO. 2:12cv198-WHA ) |
| MONTGOMERY WOMEN'S FACILITY, | ) (WO) ) |
| Defendant. | ) |

## **ORDER**

No timely objection having been filed to the Recommendation of the Magistrate Judge (Doc. #8), entered on April 5, 2012, the court ADOPTS the Recommendation of the Magistrate Judge, and it is hereby

ORDERED that this case is DISMISSED without prejudice for failure of the Plaintiff to file an Amended Complaint in accordance with the orders entered in this case.

DONE this 27th day of April, 2012.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE